ments. No opinion. Jenks, P. J., and Thomas, Carr, Stapleton, and Mills, JJ., concur.

Adelbert BOWDEN, respt., v. LEHIGH VALLEY R. R. CO., applt. (Supreme Court, Appellate Division, Fourth Department. March 22, 1916.) Order affirmed with costs. All concur.

Catherine BOWEN, respt., v. GEORGE A. RAY MFG. CO., impleaded with another, applt. (Supreme Court, Appellate Division, Fourth Department. March 15, 1916.) Order affirmed with $10 costs and disbursements. All concur.

Frederick X. BOWMAN and Joseph Bowman, doing business under the firm name and style of Bowman Sales Company, applts., v. REMINGTON MOTOR COMPANY, respt. (Supreme Court, Appellate Division, Third Department. May 3, 1916.) Order affirmed with $10 costs and disbursements, on the ground that the complaint does not state a cause of action. All concur, except Kellogg, P. J., dissenting.

Francis D. BOWNE v. Elizabeth B. COLT et al. (Supreme Court, Appellate Division, First Department. April 14, 1916.) Motion denied with $10 costs. Order filed.

Thomas E. BOYD, respt., v. BUFFALO, LOCKPORT & ROCHESTER RAILWAY CO., applt. (Supreme Court, Appellate Division, Fourth Department. March 8, 1916.) Motion to dismiss appeal granted unless appellant serve typewritten copy of brief by March 10th and printed copies by March 13th.

Patrick J. BOYLAN, respondent, v. The CITY OF NEW YORK, appellant. (Supreme Court, Appellate Division, Second Department. April 25, 1916.) Judgment and order unanimously affirmed, with costs. No opinion.

Christopher BOYLE, Applt., v. MALLORY STEAMSHIP CO., Respt. (Supreme Court, Appellate Division, First Department. April 20, 1916.) Judgment affirmed with costs. No opinion. (Page, J., dissenting.) Order filed.

William BOYLE, respondent, v. TOWN OF EASTCHESTER, appellant. (Supreme Court, Appellate Division, Second Department. April 14, 1916.) Judgment and order unanimously affirmed, with costs. No opinion.

BREEN v. SANTANONI CONTRACTING CO. DONOHUE v. SAME. (Supreme Court, Appellate Division, First Department. May 5, 1916.) Appeals from Trial Term, New York County. Actions by Alice Breen and by Mary Donohue against the Santanoni Contracting Company. From judgments entered upon verdicts, and from orders denying motions for new trials, defendant appeals. Judgments and orders reversed, and new trials ordered.

PER CURIAM. We are of opinion that the verdicts of the jury that the defendant was guilty of negligence are against the weight of evidence. The judgments and orders appealed from are therefore reversed and new trials ordered, with costs to the appellant to abide the event.

Leon BRESSLIN, appellant, v. STAR COMPANY, respondent. (Supreme Court, Appellate Division, Second Department. April 25, 1916.) Order affirmed, with costs. No opinion. Jenks, P. J., and Stapleton, Mills, and Putnam, JJ., concur. Rich, J., not voting.

Bessie E. BRILL, Respt., v. Isidor C. BRILL, Applt. (Supreme Court, Appellate Division, First Department. April 14, 1916.) Order affirmed with $10 costs and disbursements. No opinion. Order filed.

Bessie E. BRILL v. Isidor C. BRILL. (Supreme Court, Appellate Division, First Department. April 14, 1916.) Motion denied. Order filed.

In the Matter of Opening BRONX BOULEVARD. (Supreme Court, Appellate Division, First Department. April 14, 1916.) Motion granted with $10 costs. Order filed.

In the Matter of the Petition of the BROOKLYN TRUST COMPANY, to Render and Settle its Intermediate Account as Trustee under the Will of Anna K. Weaver, Deceased. Leonard E. Willis, appellant. (Supreme Court, Appellate Division, Second Department. April 14, 1916.) Decree (92 Misc. Rep. 674, 157 N. Y. Supp. 547) of the Surrogate's Court of Kings County affirmed with costs. No opinion. Jenks, P. J., and Thomas, Carr, Stapleton, and Mills, JJ., concur.

Margaretha BRUCKNER, respondent, v. The VAN BRUNT STREET AND ERIE BASIN RAILROAD COMPANY, defendant, and The Brooklyn Heights Railroad Company, appellant. (Supreme Court, Appellate Division, Second Department. May 5, 1916.) Judgment and order unanimously affirmed, with costs. No opinion.

Anthony BRUNO, respt., v. DELAWARE, LACKAWANNA & WESTERN RAILROAD COMPANY, applt. (Supreme Court, Appellate Division, Third Department. May 3, 1916.) Judgment and order unanimously affirmed with costs.

Michael J. BUCKLEY and Daniel Buckley, infants, etc., respondents, v. Loretta BUCKLEY et al., respondents; Alois J. Hofacker, appellant. (Supreme Court, Appellate Division, Second Department. April 25, 1916.) Motion for resettlement of order granted. The proper expenses of the purchaser in examining the title should be charged against the interest of the infant plaintiffs in the subject-matter of the action.

In the matter of the claim of George BURTON for compensation under the Workmen's Compensation Law, claimant, respt., v. JAMES A. WHELAN & SONS, Inc., and another,